KNICKERBOCKER TRUST COMPANY, as Trustee, Plaintiff, *v.* ONEONTA, COOPERSTOWN AND RICHFIELD SPRINGS RAILWAY COMPANY et al., Defendants.

In the Matter of the Claim of the COMPTROLLER OF THE STATE OF NEW YORK, Respondent, for Franchise Taxes Assessed against the ONEONTA AND MOHAWK VALLEY RAILROAD COMPANY.

OTSEGO AND HERKIMER RAILROAD COMPANY et al., Appellants.

. *Knickerbocker Trust Co.* v. *Oneonta, C. & R. S. Ry. Co.*, 154 App. Div. 908, affirmed.

(Argued April 15, 1913; decided April 29, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 7, 1913, which affirmed an order of Special Term directing the referee in foreclosure proceedings to pay a franchise tax assessed against the Oneonta and Mohawk Valley Railroad Company.

*Ralph W. Gwinn* and *Louis F. Reed* for appellants.

*Thomas Carmody, Attorney-General* (*Wilber W. Chambers* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.